# SEALED



**FILED**
Nov 28, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MIGUEL CALVILLO AGUSTIN,<br><br>　　　　　　Defendant. | No. **1:23-mj-00141**<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

　　For good cause shown, IT IS HEREBY ORDERED THAT:

　　The Complaint (including Affidavit) in the above-captioned case, together with this ex parte application, the memorandum of points and authorities, the declaration of Stephanie M. Stokman and this court's sealing order, be kept under seal until further order of the court.  The Government is authorized to provide a redacted copy of the Complaint to assigned defense counsel upon arrest of the named defendants. The court finds that:  (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.

**Nov 28, 2023**
DATED

_____
The Honorable STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE