VICTOR M. PÉREZ, ESQ.   #114381
THE PÉREZ LAW FIRM
1304 W. Center Avenue
Visalia, CA   93291
Telephone: (559) 625-2626
Facsimile : (559) 625-3064

Attorney for Defendant MIGUEL CALVILLO AGUSTIN

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00232-JAM-BAM |
| Plaintiff | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| vs. | |
| MIGUEL CALVILLO AGUSTIN | |
| Defendant. | |

**STIPULATION**

Defendant, MIGUEL CALVILLO AGUSTIN, by and through defendant=s counsel of record and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on April 9, 2025.

2. By this stipulation, defendants now move to vacate the status conference and continue the Status Conference to October 22, 2025, and time is excluded between April 9, 2025, and October 22, 2025 under 18 U.S.C. ' 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desire additional time to consult with their clients, review the voluminous discovery, conduct independent investigation, prepare for trial, and pursue

a potential pretrial resolution of the case.

       b) Counsel for defendant believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       c) The government does not object to the continuance.

       d) The parties will be prepared to set a trial date at the next status conference if this matter remains unresolved.

       e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. ' 3161, et seq., within which trial must commence, the time period of 4/09/2025 to 10/30/2025, inclusive, is deemed excludable pursuant to 18 U.S.C.' 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant=s request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

///

///

///

///

///

IT IS SO STIPULATED.

Date: April 4, 2025

STEPHANIE STOKMAN
United States Attorney

/s/ STEPHANIE STOKMAN
STEPHANIE STOKMAN
Assistant United States Attorney

VICTOR M. PEREZ
THE PEREZ LAW FIRM

/s/ VICTOR M. PEREZ
VICTOR M. PEREZ
Counsel for Defendant,
MIGUEL CALVILLO AGUSTIN

### **ORDER**

The request for a continuance is DENIED. The parties shall appear and select a mutually convenient trial date. Alternatively, the parties may stipulate to the trial date, with an appropriate exclusion of time. Any such stipulation shall be submitted not later than the close of business on April 7, 2025.

IT IS SO ORDERED.

Dated: **April 4, 2025**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE