```
ERIC GRANT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:   (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL CALVILLO AGUSTIN,<br><br>Defendant. | CASE NO. 1:23-cr-00232-JAM-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation hearing on September 9, 2025.

2. By this stipulation, the parties now moves to continue the confirmation hearing until September 23, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have been in active plea negotiations and believe that a resolution in this matter is foreseeable.

   b) Counsel for defendant desires additional time to go over the terms of any resolution with defendant.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

   d) The parties are based in Fresno and request this Court to continue the confirmation setting until the aforementioned date in order to further work on possible resolution.

   e) The parties will be prepared to confirm the October trial date on September 23, if no resolution has made.

   f) Time has previously been excluded until the October trial date.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: September 8, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: September 8, 2025

/s/ VICTOR PEREZ
VICTOR PEREZ
Counsel for Defendant
MIGUEL CALVILLO AGUSTIN

# ORDER

Based on the stipulation of the parties, the September 09, 2025 Trial Confirmation Hearing is **VACATED** and **RESET** for **Tuesday, September 23, 2025, at 09:00 a.m**., in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

September 08, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE