ERIC GRANT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:     (559) 497-4000
Facsimile:     (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00232-JLT |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MIGUEL CALVILLO AGUSTIN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the parties now move to set a date for a change of plea for October 27, 2024.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The parties have entered into a resolution in this matter and agree that a date of October 27, 2024, is warranted for a change of plea.

    b) Time has previously been excluded until October 27, 2025.

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 19, 2025

ERIC GRANT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated:  September 19, 2025

/s/ VICTOR PEREZ

VICTOR PEREZ
Counsel for Defendant
MIGUEL CALVILLO AGUSTIN

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **September 22, 2025**

UNITED STATES DISTRICT JUDGE